UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT EVAN BOURNE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELDON VAIL, et al.,<br><br>　　　　Defendants. | Case No. C09-5199BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 11). The Court having considered the Report and Recommendation, Defendants' failure to file objections, and the remaining record, does hereby find and order:

(1) The Court adopts the Report and Recommendation; and

(2) This action is **DISMISSED without prejudice** because Plaintiff no longer wishes to pursue this action (Dkt. 10).

DATED this 16th day of July, 2009.

　　　　　　　　　　　　　　　　　　/s/ Benjamin H. Settle
　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER