# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBERT EVAN BOURNE

JUDGMENT IN A CIVIL CASE

v.

ELDON VAIL, et al.,

CASE NUMBER: C09-5199BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court adopts the Report and Recommendation; and

This action is **DISMISSED without prejudice** because Plaintiff no longer wishes to pursue this action (Dkt. 10).

| July 17, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk